# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| HAIMANOT ARAGAW and ABEL WOLDEMEDHEN, <br><br> Plaintiffs, <br><br> v. <br><br> LEROY H. CARHART, JR., M.D., ANH-CHI DANG DO, M.D., ABORTIONCLINICS.ORG, INC., a/k/a Abortionclinics and/or ACO Inc., and ABORTIONCLINICS, <br><br> Defendants. | Civil Action No. TDC-21-1739 |

## ORDER

On August 8, 2023, the parties filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  ECF No. 69.  The Court having reviewed the Notice, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to close this case.

Date:  August __9__, 2023



THEODORE D. CHUANG
United States District Judge